IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00606-PAB-BNB

STEPHEN R. BLOCK, an individual, and
APRIL W. BLOCK, an individual,

Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., a national banking association, and
U.S. BANK, N.A., a national banking association,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate May 10, 2011 Scheduling/Planning Conference and Reschedule Pretrial Deadlines** [docket no. 14, filed April 15, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for May 10, 2011, is **vacated and reset to July 26, 2011, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., and confidential settlement letter are due on or before **May 3, 2011**. All other dates set forth in the original Order Setting Rule 16 Scheduling Conference now back up from the new date of July 26, 2011. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: April 18, 2011